FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 10 2014

James N. Hatten, Clerk
By: AMCaul Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA    :
                            : CRIMINAL ACTION FILE NO.
v.                          : 1:13-CR-158-ODE-AJB
                            :
FRANCISCO CHAIDEZ-REYES     :

ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed January 14, 2014 [Doc. 37]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion to suppress evidence and statements [Doc. 14] be granted in part and denied in part. Specifically, the Magistrate Judge recommended that the motion be granted as to Defendant's November 30, 2012 statements as to why he was in the backyard of 4115 Flat Shoals Road and as to the location of currency in his residence and denied in all other respects.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's motion to suppress evidence and statements [Doc. 14] is GRANTED IN PART AND DENIED IN PART. It is GRANTED as to Defendant's November 30, 2012 statements as to why he was in the backyard of 4115 Flat Shoals Road and as to the location of currency in his residence and DENIED in all other respects.

SO ORDERED, this __/0__ day of February, 2014.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE